CHARLES A. WOOD v. JOHN A. HASTING, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN STAMATAKI.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MORAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT AMOROSO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT AMOROSO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT RAPPORT, Alias ABRAHAM RAPPORT.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB COHEN, Indicted with SILVER and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CLINTON.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK HYSLER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ANDERSON.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MARTIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK B. TAYLOR.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BIRD S. COLER, as Commissioner of Charities of the City of New York, v. LOUIS GREENSPAN.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ZALIK ZIPPER v. KIRKMAN & SON.— Motion to dismiss appeal denied, with leave to renew as stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of WILLIAM ISAACS, Deceased.— Motion to dismiss appeal denied, without prejudice as stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.